FILED

07/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0483

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0483

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

KEVIN CHARLES WALLA,

      Defendant and Appellant.

## ORDER SUPPLEMENTING THE RECORD

Upon consideration of Appellant's motion, and good cause appearing,

IT IS HEREBY ORDERED the motion to supplement the record is granted. Defendant's proposed supplemental verdict form shall be placed in the file of this Court for this case.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 8 2024